# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CESAR A. GONZALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-0850-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 26, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 9, 2011, to file a reply brief.

DATED this <u>27th</u> day of September, 2011.

                              */s/ Mary Alice Theiler*
                              Mary Alice Theiler
                              United States Magistrate Judge

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
kathy.reif@ssa.gov